EXHIBIT 32(a)



EXHIBIT
A5
PENGAD 800-631-6989

# W. Michael Strickland, CPA
732 Washington Street
Gainesville GA 30501
770-534-7118
770-534-5801 (fax)

| Send To: | From: |
|---|---|
| Herrington Seating | Mike |
| Attention: Scott Appling | Date: 9-30-03 |
| Office Location: | Office Location: |
| Fax Number: 1-706-246-0001 | Phone Number: |

☐  Urgent
☐  Reply ASAP
☐  Please comment
☐  Please review
☐  For your information

Comments:

13 pages w/ cover

Scott, Call us after you look over this — Then we
will fax to David Davenport
404-577-7490

HARTWELL ENTERPRISES INC
*Balance Sheet*
*June 30, 2004*

### Assets

| | | | |
|---|---|---|---|
| *Current Assets* | | | |
| Cash in Bank | $ | 73,038.10 | |
| Accts Receivable - Herr | | 102,710.24 | |
| Accts Receivable - Prior | ( | 964.07) | |
| Accounts Receivable Pied | | 24,059.58 | |
| Inventory | | 65,705.00 | |
| **Total Current Assets** | | | $ 264,548.85 |
| *Fixed Assets* | | | |
| Building | $ 479,000.00 | | |
| Accum Depre - Building | ( 1,023.50) | | |
| | | 477,976.50 | |
| Furniture & Fixtures | | 65,380.00 | |
| Accum Depre-Mach & Equip | ( 778.33) | | |
| | | ( 778.33) | |
| **Total Fixed Assets** | | | 542,578.17 |
| *Other Assets* | | | |
| Goodwill | | 1,381,516.25 | |
| Accumulated Amort - Good | | ( 7,675.09) | |
| **Total Other Assets** | | | 1,373,841.16 |
| **Total Assets** | | | $ 2,180,968.18 |

*See accountants' compilation letter attached.*
**W. Michael Strickland, CPA, PC**

HARTWELL ENTERPRISES INC
*Balance Sheet*
*June 30, 2004*


### Liabilities & Equity

#### Liabilities

*Current Liabilities*

| | | |
|---|---:|---:|
| Accounts Payable - Trade | $ 29,325.30 | |
| Notes Pay-Herrington Sea | 74,594.75 | |
| Notes Payable - SBA | 19,459.68 | |
| Notes Pay - Herrington | 109,000.00 | |
| Notes Payable - Norga | 100,000.00 | |
| Withholding - FICA | 263.21 | |
| Withholding - FIT | 1,869.56 | |
| Withholding - SIT | 817.54 | |
| Other Payroll Ded - 1 | 194.35 | |
| **Total Current Liab.** | | $ 335,524.39 |

*Long Term Liabilities*

| | | |
|---|---:|---:|
| N/P Herrington Seat Inc | 916,405.25 | |
| N/P SBA Note | 730,540.32 | |
| Shareholder Loan Appling | 204,336.60 | |
| **Total Long Term Liab.** | | 1,851,282.17 |
| **Total Liabilities** | | 2,186,806.56 |

#### Equity

| | | |
|---|---:|---:|
| Current Earnings | ( 5,838.38) | |
| **Total Equity** | | ( 5,838.38) |
| **Total Liabilities & Equity** | | $ 2,180,968.18 |

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

HARTWELL ENTERPRISES INC
*Income Statement*
*Six Months Ended June 30, 2004*

|  | 1 Month | % | Year To Date | % |
|---|---|---|---|---|
| **Income** | | | | |
| Sales | $ 102,455.68 | 100.0 | $ 102,455.68 | 100.0 |
| Total Income | 102,455.68 | 100.0 | 102,455.68 | 100.0 |
| **Cost of Sales** | | | | |
| Purchases - Materials | 72,620.30 | 70.9 | 72,620.30 | 70.9 |
| Direct Labor | 16,995.40 | 16.6 | 16,995.40 | 16.6 |
| Total Goods Available | 89,615.70 | 87.5 | 89,615.70 | 87.5 |
| Total Cost of Sales | 89,615.70 | 87.5 | 89,615.70 | 87.5 |
| Gross Profit | 12,839.98 | 12.5 | 12,839.98 | 12.5 |
| **Selling Expenses** | | | | |
| Total Selling Expenses | 0.00 | 0.0 | 0.00 | 0.0 |
| **General & Administrative Exp.** | | | | |
| ( See Schedule A ) | 17,661.76 | 17.2 | 17,661.76 | 17.2 |
| **Other Income** | | | | |
| Total Other Income | 0.00 | 0.0 | 0.00 | 0.0 |
| **Other Expenses** | | | | |
| Interest Expense | 1,016.60 | 1.0 | 1,016.60 | 1.0 |
| Total Other Expenses | 1,016.60 | 1.0 | 1,016.60 | 1.0 |
| Net Income ( Loss ) | ($ 5,838.38) | -5.7 | ($ 5,838.38) | -5.7 |

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

# HARTWELL ENTERPRISES INC
## *Income Statement*
### *Six Months Ended June 30, 2004*

|  | 1 Month | % | Year To Date | % |
|---|---|---|---|---|
| **General & Administrative Exp.** |  |  |  |  |
| ( Schedule A ) |  |  |  |  |
|  |  |  |  |  |
| Salaries - Officers | $ 3,000.00 | 2.9 | $ 3,000.00 | 2.9 |
| Amortization | 7,675.09 | 7.5 | 7,675.09 | 7.5 |
| Automobile Expense | 1,050.93 | 1.0 | 1,050.93 | 1.0 |
| Depreciation | 1,801.83 | 1.8 | 1,801.83 | 1.8 |
| Employee Meals | 31.23 | 0.0 | 31.23 | 0.0 |
| Employee Benefits | 35.00 | 0.0 | 35.00 | 0.0 |
| Insurance | 2,314.08 | 2.3 | 2,314.08 | 2.3 |
| Maintenance | 50.00 | 0.0 | 50.00 | 0.0 |
| Taxes Payroll | 1,514.78 | 1.5 | 1,514.78 | 1.5 |
| Taxes Others | 60.00 | 0.1 | 60.00 | 0.1 |
| Travel | 128.82 | 0.1 | 128.82 | 0.1 |
|  |  |  |  |  |
| Total G & A Expense | $ 17,661.76 | 17.2 | $ 17,661.76 | 17.2 |

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

# HARTWELL ENTERPRISES INC
## *Balance Sheet*
## *July 31, 2004*

### Assets

| | | | |
|---|---:|---:|---:|
| *Current Assets* | | | |
| Cash in Bank | | $ 77,561.91 | |
| Accts Receivable - Herr | | 85,638.26 | |
| Accts Receivable - Prior | | 9,689.39 | |
| Accounts Receivable Pied | | 16,343.35 | |
| Inventory | | 65,705.00 | |
| **Total Current Assets** | | | $ 254,937.91 |
| *Fixed Assets* | | | |
| Building | $ 479,000.00 | | |
| Accum Depre - Building | ( 2,047.00) | | |
| | | 476,953.00 | |
| Furniture & Fixtures | | 65,380.00 | |
| Accum Depre-Mach & Equip | ( 1,556.66) | | |
| | | ( 1,556.66) | |
| Organization Expense | 10,036.93 | | |
| Accum Amort - Orgn Exp | ( 167.28) | | |
| | | 9,869.65 | |
| **Total Fixed Assets** | | | 550,645.99 |
| *Other Assets* | | | |
| Goodwill | | 1,381,516.25 | |
| Accumulated Amort - Good | | ( 15,350.18) | |
| **Total Other Assets** | | | 1,366,166.07 |
| **Total Assets** | | | $ 2,171,749.97 |

*See accountants' compilation letter attached.*
**W. Michael Strickland, CPA, PC**

HARTWELL ENTERPRISES INC
*Balance Sheet*
*July 31, 2004*

## Liabilities & Equity

### Liabilities

| | | |
|---|---:|---:|
| *Current Liabilities* | | |
| Accounts Payable - Trade | $ 29,325.30 | |
| Notes Pay-Herrington Sea | 74,594.75 | |
| Notes Payable - SBA | 17,883.97 | |
| Notes Pay - Herrington | 109,000.00 | |
| Notes Payable - Norga | 100,541.67 | |
| Withholding - FICA | 103.54 | |
| Withholding - FIT | 3,942.79 | |
| Withholding - SIT | 1,699.17 | |
| Other Payroll Ded - 1 | 387.43 | |
| **Total Current Liab.** | | $ 337,478.62 |
| | | |
| *Long Term Liabilities* | | |
| N/P Herrington Seat Inc | 916,405.25 | |
| N/P SBA Note | 730,540.32 | |
| Shareholder Loan Appling | 205,358.29 | |
| **Total Long Term Liab.** | | 1,852,303.86 |
| **Total Liabilities** | | 2,189,782.48 |

### Equity

| | | |
|---|---:|---:|
| Current Earnings | ( 18,032.51) | |
| **Total Equity** | | ( 18,032.51) |
| **Total Liabilities & Equity** | | $ 2,171,749.97 |

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

HARTWELL ENTERPRISES INC
*Income Statement*
*Seven Months Ended July 31, 2004*

|                                         | 1 Month      | %     | Year To Date  | %     |
|-----------------------------------------|-------------:|------:|--------------:|------:|
| **Income**                              |              |       |               |       |
| Sales                                   | $ 93,536.02  | 100.0 | $ 195,991.70  | 100.0 |
| Total Income                            | 93,536.02    | 100.0 | 195,991.70    | 100.0 |
| **Cost of Sales**                       |              |       |               |       |
| Purchases - Materials                   | 33,652.78    | 36.0  | 106,273.08    | 54.2  |
| Purchases - Freight                     | 867.49       | 0.9   | 867.49        | 0.4   |
| Purchases - Supplies                    | 19.20        | 0.0   | 19.20         | 0.0   |
| Direct Labor                            | 17,052.14    | 18.2  | 34,047.54     | 17.4  |
| Total Goods Available                   | 51,591.61    | 55.2  | 141,207.31    | 72.0  |
| Total Cost of Sales                     | 51,591.61    | 55.2  | 141,207.31    | 72.0  |
| Gross Profit                            | 41,944.41    | 44.8  | 54,784.39     | 28.0  |
| **Selling Expenses**                    |              |       |               |       |
| Total Selling Expenses                  | 0.00         | 0.0   | 0.00          | 0.0   |
| **General & Administrative Exp.** ( See Schedule A ) | 25,733.74 | 27.5 | 43,395.50 | 22.1 |
| **Other Income**                        |              |       |               |       |
| Total Other Income                      | 0.00         | 0.0   | 0.00          | 0.0   |
| **Other Expenses**                      |              |       |               |       |
| Interest Expense                        | 8,404.80     | 9.0   | 9,421.40      | 4.8   |
| Extraordinary Legal Exp                 | 20,000.00    | 21.4  | 20,000.00     | 10.2  |
| Total Other Expenses                    | 28,404.80    | 30.4  | 29,421.40     | 15.0  |
| Net Income ( Loss )                     | ($ 12,194.13) | -13.0 | ($ 18,032.51) | -9.2 |

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

HARTWELL ENTERPRISES INC
*Income Statement*
*Seven Months Ended July 31, 2004*

|  | | 1 Month | % | | Year To Date | % |
|---|---|---|---|---|---|---|
| **General & Administrative Exp.** | | | | | | |
| ( Schedule A ) | | | | | | |
| Salaries - Officers | $ | 3,000.00 | 3.2 | $ | 6,000.00 | 3.1 |
| Amortization | | 7,842.37 | 8.4 | | 15,517.46 | 7.9 |
| Automobile Expense | | 1,616.15 | 1.7 | | 2,667.08 | 1.4 |
| Depreciation | | 1,801.83 | 1.9 | | 3,603.66 | 1.8 |
| Employee Meals | | | | | 31.23 | 0.0 |
| Employee Benefits | | | | | 35.00 | 0.0 |
| Insurance | | 1,415.91 | 1.5 | | 3,729.99 | 1.9 |
| Life Insurance - Officer | | 4,039.02 | 4.3 | | 4,039.02 | 2.1 |
| Maintenance | | 1,768.14 | 1.9 | | 1,818.14 | 0.9 |
| Office Supplies | | 34.78 | 0.0 | | 34.78 | 0.0 |
| Printing | | 53.50 | 0.1 | | 53.50 | 0.0 |
| Taxes Payroll | | 1,656.83 | 1.8 | | 3,171.61 | 1.6 |
| Taxes Others | | 637.32 | 0.7 | | 697.32 | 0.4 |
| Telephone | | 195.37 | 0.2 | | 195.37 | 0.1 |
| Travel | | 90.00 | 0.1 | | 218.82 | 0.1 |
| Utilities | | 1,582.52 | 1.7 | | 1,582.52 | 0.8 |
| **Total G & A Expense** | $ | 25,733.74 | 27.5 | $ | 43,395.50 | 22.1 |

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

HARTWELL ENTERPRISES INC
*Balance Sheet*
*August 31, 2004*

Assets

| | | | |
|---|---|---|---|
| *Current Assets* | | | |
| Cash in Bank | | $ 59,366.20 | |
| Accts Receivable - Herr | | 141,374.18 | |
| Accts Receivable - Prior | | 8,816.11 | |
| Accounts Receivable Pied | | 25,236.34 | |
| Inventory | | 65,705.00 | |
| Total Current Assets | | | $ 300,497.83 |
| | | | |
| *Fixed Assets* | | | |
| Building | $ 479,000.00 | | |
| Accum Depre - Building | ( 3,070.50) | | |
| | | 475,929.50 | |
| Furniture & Fixtures | | 65,380.00 | |
| Accum Depre-Mach & Equip | ( 2,334.99) | | |
| | | ( 2,334.99) | |
| Organization Expense | 10,036.93 | | |
| Accum Amort - Orgn Exp | ( 334.56) | | |
| | | 9,702.37 | |
| Total Fixed Assets | | | 548,676.88 |
| | | | |
| *Other Assets* | | | |
| Goodwill | | 1,381,516.25 | |
| Accumulated Amort - Good | | ( 23,025.27) | |
| Total Other Assets | | | 1,358,490.98 |
| Total Assets | | | $ 2,207,665.69 |

*See accountants' compilation letter attached.*
**W. Michael Strickland, CPA, PC**

### HARTWELL ENTERPRISES INC
*Balance Sheet*
*August 31, 2004*

## Liabilities & Equity

### Liabilities

| *Current Liabilities* | | |
|---|---|---|
| Accounts Payable - Trade | $    75,722.93 | |
| Notes Pay-Herrington Sea | 79,549.75 | |
| Notes Payable - SBA | 16,300.05 | |
| Notes Pay - Herrington | 109,000.00 | |
| Notes Payable - Norga | 100,976.17 | |
| Withholding - FICA | 4,003.92 | |
| Withholding - FIT | 6,452.74 | |
| Withholding - SIT | 2,793.96 | |
| Other Payroll Ded - 1 | 644.87 | |
| **Total Current Liab.** | | $     395,444.39 |
| *Long Term Liabilities* | | |
| N/P Herrington Seat Inc | 916,405.25 | |
| N/P SBA Note | 730,540.32 | |
| Shareholder Loan Appling | 258,712.08 | |
| Total Long Term Liab. | | 1,905,657.65 |
| Total Liabilities | | 2,301,102.04 |

### Equity

| | | |
|---|---|---|
| Current Earnings | (      93,436.35) | |
| Total Equity | | (      93,436.35) |
| **Total Liabilities & Equity** | | $ 2,207,665.69 |

*See accountants' compilation letter attached.*
**W. Michael Strickland, CPA, PC**

HARTWELL ENTERPRISES INC
*Income Statement*
*Eight Months Ended August 31, 2004*

|  | 1 Month | % | Year To Date | % |
|---|---|---|---|---|
| **Income** | | | | |
| Sales | $   95,170.06 | 100.0 | $   291,161.76 | 100.0 |
| Total Income | 95,170.06 | 100.0 | 291,161.76 | 100.0 |
| **Cost of Sales** | | | | |
| Purchases - Materials | 56,313.45 | 59.2 | 162,586.53 | 55.8 |
| Purchases - Freight | 500.36 | 0.5 | 1,367.85 | 0.5 |
| Purchases - Supplies | 2,492.04 | 2.6 | 2,511.24 | 0.9 |
| Direct Labor | 21,750.52 | 22.9 | 55,798.06 | 19.2 |
| Total Goods Available | 81,056.37 | 85.2 | 222,263.68 | 76.3 |
| Total Cost of Sales | 81,056.37 | 85.2 | 222,263.68 | 76.3 |
| Gross Profit | 14,113.69 | 14.8 | 68,898.08 | 23.7 |
| **Selling Expenses** | | | | |
| Total Selling Expenses | 0.00 | 0.0 | 0.00 | 0.0 |
| **General & Administrative Exp.** | | | | |
| ( See Schedule A ) | 26,766.36 | 28.1 | 70,161.86 | 24.1 |
| **Other Income** | | | | |
| Total Other Income | 0.00 | 0.0 | 0.00 | 0.0 |
| **Other Expenses** | | | | |
| Interest Expense | 10,424.17 | 11.0 | 19,845.57 | 6.8 |
| Extraordinary Legal Exp | 52,327.00 | 55.0 | 72,327.00 | 24.8 |
| Total Other Expenses | 62,751.17 | 65.9 | 92,172.57 | 31.7 |
| Net Income ( Loss ) | ($   75,403.84) | -79.2 | ($   93,436.35) | -32.1 |

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

HARTWELL ENTERPRISES INC
*Income Statement*
*Eight Months Ended August 31, 2004*

| | 1 Month | % | Year To Date | % |
|---|---|---|---|---|
| **General & Administrative Exp.** | | | | |
| ( Schedule A ) | | | | |
| | | | | |
| Salaries - Officers | $ 4,000.00 | 4.2 | $ 10,000.00 | 3.4 |
| Accounting | 3,880.00 | 4.1 | 3,880.00 | 1.3 |
| Amortization | 7,842.37 | 8.2 | 23,359.83 | 8.0 |
| Automobile Expense | 1,667.32 | 1.8 | 4,334.40 | 1.5 |
| Depreciation | 1,801.83 | 1.9 | 5,405.49 | 1.9 |
| Employee Meals | | | 31.23 | 0.0 |
| Employee Benefits | | | 35.00 | 0.0 |
| Insurance | 2,560.80 | 2.7 | 6,290.79 | 2.2 |
| Life Insurance - Officer | | | 4,039.02 | 1.4 |
| Maintenance | 549.63 | 0.6 | 2,367.77 | 0.8 |
| Office Supplies | 138.46 | 0.1 | 173.24 | 0.1 |
| Printing | | | 53.50 | 0.0 |
| Taxes Payroll | 1,950.19 | 2.0 | 5,121.80 | 1.8 |
| Taxes Others | 119.93 | 0.1 | 817.25 | 0.3 |
| Telephone | 481.02 | 0.5 | 676.39 | 0.2 |
| Travel | 637.61 | 0.7 | 856.43 | 0.3 |
| Utilities | 1,137.20 | 1.2 | 2,719.72 | 0.9 |
| | | | | |
| **Total G & A Expense** | $ 26,766.36 | 28.1 | $ 70,161.86 | 24.1 |

*See accountants' compilation letter attached.*
***W. Michael Strickland, CPA, PC***

*EXHiBit 82(b)*

# W. Michael Strickland, CPA
732 Washington Street
Gainesville GA 30501
770-534-7118
770-534-5801 (fax)

| Send To: *Scott Applins* *David Davenport* | From: |
|---|---|
| Attention: | Date: *10-15-04* |
| Office Location: | Office Location: |
| Fax Number: *1-706-296-0001* | Phone Number: |

☐ Urgent *404-577-9490*
☐ Reply ASAP
☐ Please comment
☐ Please review
☐ For your information

Comments:

*6 pgs w/ cover*

*Sept 04 Income ~ Balace Sheets*

October 13, 2004


HARTWELL ENTERPRISES INC
784 LIGHTWOOD LANE
HARTWELL, GA  30643


Gentlemen:

I have compiled the accompanying statement of assets, liabilities,
and equity - income tax basis, of HARTWELL ENTERPRISES INC as of
September 30,2004 and the related statement of revenue and
expenses and cash flows for the period then ended, in accordance
with Statements on Standards for Accounting and Review Services
issued by the American Institute of Certified Public Accountants.
The statements have been prepared on the accounting basis used
by the company for income tax puposes, which is a comprehensive
basis of accounting other than generally accepted accounting
principles.

A compilation is limited to presenting, in the form of
financial statements, information that is the representation
of management.  We have not audited or reviewed the
accompanying financial statements and, accordingly, do not
express an opinion or any other form of assurance on them.

Management has elected to omit substantially all of the
disclosures required by generally accepted accounting
principles.  If the omitted disclosures were included in the
financial statements, they might influence the user's
conclusions about the Company's financial position, results
of operations, and cash flows.  Accordingly, these financial
statements are not designed for those who are not informed
about such matters.


Respectfully submitted,

HARTWELL ENTERPRISES INC
*Balance Sheet*
*September 30, 2004*

Assets

 Current Assets
| | | |
|---|---|---|
| Cash in Bank | $ | 13,181.90 |
| Accts Receivable - Herr | | 189,703.87 |
| Accts Receivable - Prior | | 8,816.11 |
| Accounts Receivable Pied | | 13,043.05 |
| Inventory | | 65,705.00 |

Total Current Assets                                          $    290,449.93

 Fixed Assets
| | | | |
|---|---|---|---|
| Building | $ | 479,000.00 | |
| Accum Depre - Building | ( | 4,094.00) | |
| | | | 474,906.00 |
| Furniture & Fixtures | | | 65,380.00 |
| Accum Depre-Mach & Equip | ( | 3,113.32) | |
| | | ( | 3,113.32) |
| Organization Expense | | 10,036.93 | |
| Accum Amort - Orgn Exp | ( | 501.84) | |
| | | | 9,535.09 |

Total Fixed Assets                                               546,707.77

 Other Assets
| | | |
|---|---|---|
| Goodwill | | 1,381,516.25 |
| Accumulated Amort - Good | ( | 30,700.36) |

Total Other Assets                                             1,350,815.89

  Total Assets                                            $ 2,187,973.59

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

## HARTWELL ENTERPRISES INC
### *Balance Sheet*
### *September 30, 2004*

### Liabilities & Equity

### Liabilities

| | | |
|---|---:|---:|
| *Current Liabilities* | | |
| Accounts Payable - Trade | $ 87,265.80 | |
| Notes Pay-Herrington Sea | 84,474.51 | |
| Notes Payable - SBA | 14,716.13 | |
| Notes Pay - Herrington | 109,000.00 | |
| Notes Payable - Norga | 101,302.92 | |
| Withholding - FICA | 8,396.26 | |
| Withholding - FIT | 9,838.80 | |
| Withholding - SIT | 4,239.51 | |
| Other Payroll Ded - 1 | 916.35 | |
| | | |
| Total Current Liab. | | $ 420,150.28 |
| | | |
| *Long Term Liabilities* | | |
| N/P Herrington Seat Inc | 916,405.25 | |
| N/P SBA Note | 730,540.32 | |
| Shareholder Loan Appling | 258,712.08 | |
| | | |
| Total Long Term Liab. | | 1,905,657.65 |
| | | |
| Total Liabilities | | 2,325,807.93 |

### *Equity*

| | | |
|---|---:|---:|
| Current Earnings | ( 137,834.34) | |
| | | |
| Total Equity | | ( 137,834.34) |
| | | |
| Total Liabilities & Equity | | $ 2,187,973.59 |

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

HARTWELL ENTERPRISES INC
*Income Statement*
*Four Months Ended September 30, 2004*

|  |  | 1 Month | % | Year To Date | % |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Sales | $ | 145,528.52 | 100.0 | $   436,690.28 | 100.0 |
| Return Sales | ( | 60.00) | 0.0 | (      60.00) | 0.0 |
| Total Income | | 145,468.52 | 100.0 | 436,630.28 | 100.0 |
| **Cost of Sales** | | | | | |
| Purchases - Materials | | 122,050.75 | 83.9 | 284,637.28 | 65.2 |
| Purchases - Freight | | 684.49 | 0.5 | 2,052.34 | 0.5 |
| Purchases - Supplies | | 1,955.58 | 1.3 | 4,466.82 | 1.0 |
| Direct Labor | | 29,805.54 | 20.5 | 85,603.60 | 19.6 |
| Total Goods Available | | 154,496.36 | 106.2 | 376,760.04 | 86.3 |
| Total Cost of Sales | | 154,496.36 | 106.2 | 376,760.04 | 86.3 |
| Gross Profit | ( | 9,027.84) | -6.2 | 59,870.24 | 13.7 |
| **Selling Expenses** | | | | | |
| Total Selling Expenses | | 0.00 | 0.0 | 0.00 | 0.0 |
| **General & Administrative Exp.** | | | | | |
| ( See Schedule A ) | | 24,991.25 | 17.2 | 95,153.11 | 21.8 |
| **Other Income** | | | | | |
| Total Other Income | | 0.00 | 0.0 | 0.00 | 0.0 |
| **Other Expenses** | | | | | |
| Interest Expense | | 10,378.90 | 7.1 | 30,224.47 | 6.9 |
| Extraordinary Legal Exp | | | | 72,327.00 | 16.6 |
| Total Other Expenses | | 10,378.90 | 7.1 | 102,551.47 | 23.5 |
| Net Income ( Loss ) | ($ | 44,397.99) | -30.5 | ($  137,834.34) | -31.6 |

*See accountants' compilation letter attached.*
*W. Michael Strickland, CPA, PC*

HARTWELL ENTERPRISES INC
*Income Statement*
*Four Months Ended September 30, 2004*

|                                        |   | 1 Month    | %    |   | Year To Date | %    |
|----------------------------------------|---|-----------:|-----:|---|-------------:|-----:|
| General & Administrative Exp.          |   |            |      |   |              |      |
| ( Schedule A )                         |   |            |      |   |              |      |
|                                        |   |            |      |   |              |      |
| Salaries - Officers                    | $ | 5,000.00   | 3.4  | $ | 15,000.00    | 3.4  |
| Accounting                             |   | 4,111.75   | 2.8  |   | 7,991.75     | 1.8  |
| Amortization                           |   | 7,842.37   | 5.4  |   | 31,202.20    | 7.1  |
| Automobile Expense                     |   |            |      |   | 4,334.40     | 1.0  |
| Bank Charges                           |   | 5.50       | 0.0  |   | 5.50         | 0.0  |
| Depreciation                           |   | 1,801.83   | 1.2  |   | 7,207.32     | 1.7  |
| Employee Meals                         |   |            |      |   | 31.23        | 0.0  |
| Employee Benefits                      |   |            |      |   | 35.00        | 0.0  |
| Insurance                              |   | 2,021.42   | 1.4  |   | 8,312.21     | 1.9  |
| Life Insurance - Officer               |   |            |      |   | 4,039.02     | 0.9  |
| Maintenance                            | ( | 51.52)     | 0.0  |   | 2,316.25     | 0.5  |
| Office Supplies                        |   | 339.73     | 0.2  |   | 512.97       | 0.1  |
| Postage                                |   | 92.26      | 0.1  |   | 92.26        | 0.0  |
| Printing                               |   |            |      |   | 53.50        | 0.0  |
| Taxes Payroll                          |   | 2,641.84   | 1.8  |   | 7,763.64     | 1.8  |
| Taxes Others                           | ( | 92.84)     | -0.1 |   | 724.41       | 0.2  |
| Telephone                              |   | 234.51     | 0.2  |   | 910.90       | 0.2  |
| Travel                                 |   | 55.00      | 0.0  |   | 911.43       | 0.2  |
| Utilities                              |   | 989.40     | 0.7  |   | 3,709.12     | 0.8  |
|                                        |   |            |      |   |              |      |
| Total G & A Expense                    | $ | 24,991.25  | 17.2 | $ | 95,153.11    | 21.8 |