IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

In the Matter Of

R. SCOTT APPLING and CONNIE F. APPLING,     *

                Debtors,     *    Bankruptcy Appeal No.  3:15-CV-31 (CAR)

R. SCOTT APPLING,     *

                Appellant,     *

V.

LAMAR, ARCHER & COFRIN, LLP,
                Appellee.
_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 28, 2016, and for the reasons stated therein, the Bankruptcy court's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Appellee.

This 29th day of March, 2016.

                                            David W. Bunt, Clerk

                                            s/ Gail G. Sellers, Deputy Clerk